**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SIDNEY MARTS,

    Petitioner,

v.                                                                                              CASE NO. 1:16-cv-00310-MP-CJK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 28, 2016. (Doc. 2). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 3. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that the thrust of the alleged defects underlying petitioner's claim of fraud by the state courts would, if established, necessarily imply the invalidity of his 2008 conviction and sentence. For example, in his objections, he argues that the jury selection and swearing in during his state trial violated the Fifth Amendment. This clearly implies the invalidity of the conviction based on that jury's verdict. Thus, his case is covered by § 2254 and

he may not bring this successive petition without prior authorization from the Eleventh Circuit.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This matter is dismissed and the Clerk is directed to close the file.

3.  A certificate of appealability is denied.

**DONE AND ORDERED** this *21st* day of November, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge